UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KATARZYNA JARRETT,

                                                **CASE NO.: 6:24-cv-2240-JA-LHP**

*Plaintiff,*

v.

APPFOLIO, INC.,

*Defendant,*

                                   /

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT APPFOLIO, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Katarzyna Jarrett, by and through the undersigned attorney, hereby dismiss this matter against Defendant AppFolio, Inc. ("AppFolio") with prejudice. As part of the dismissal Plaintiff and AppFolio will bear their respective attorney's fees and costs.

Date: March 5, 2025

                                              *Respectfully Submitted,*

                                              **SHARMIN & SHARMIN, P.A.**
                                                830 North Federal Highway
                                                Lake Worth, FL 33460
                                                Telephone: 561-655-3925
                                                Fax: (844) 921-1022

                                                */s/ Eiman Sharmin*
                                                Eiman Sharmin, Esq.
                                                FBN: 716391
                                                Email: eiman@sharminlaw.com
                                                *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all counsel of record.

/s/ *Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Attorneys for Plaintiff*