# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KATARZYNA JARRETT,

      Plaintiff,

v.                                    **Case No. 6:24-cv-2240-JA-LHP**

APPFOLIO, INC.,

      Defendant.

_____

## ORDER

In light of the Notice of Voluntary Dismissal (Doc. 18) filed by Plaintiff, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on March 11, 2025.

_____

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party